PER CURIAM.
Affirmed. § 90.104(l)(b), Fla.Stat. (1993); Nichols v. Kroelinger, 46 So.2d 722 (Fla.1950); Lennar Homes, Inc. v. Gabb Constr. Servs., 654 So.2d 649 (Fla. 3d DCA 1995); Brown v. Vermont Mut. Ins. Co., 614 So.2d 574 (Fla. 1st DCA 1993); Holmes v. Redland Constr. Co., 557 So.2d 911 (Fla. 3d DCA 1990); Callihan v. Turtle Kraals, Ltd., 523 So.2d 800 (Fla. 3d DCA 1988); Hutchins v. Hutchins, 522 So.2d 547 (Fla. 4th DCA 1988); Tobin v. Alfieri Maserati, S.P.A, 513 So.2d 699 (Fla. 3d DCA 1987), review denied, 520 So.2d 586 (Fla.1988); Klondike, Inc. v. Blair, 211 So.2d 41 (Fla. 4th DCA 1968); Cooley v. Rahilly, 200 So.2d 258 (Fla. 4th DCA 1967), cert. denied, 207 So.2d 690 (Fla.1967); Sutter v. Sutter, 172 So.2d 910 (Fla. 3d DCA 1965).